IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABDULKADIR SHARIF MOHAMED ABDI,

Petitioner,

vs.

DONALD J. TRUMP, in his official capacity as President of the United States; KRISTI NOEM, in her capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his capacity as Secretary of State of the United States; TODD M. LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; PAMELA BONDI, in their official capacity as Attorney General of the United States; DAVID EASTERWOOD, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; and JEROME KRAMER, in his official capacity as Sheriff of Lincoln County, Nebraska, Official of Lincoln County Detention Center;

Respondents.

**4:25CV3251**

**ORDER**

This matter is before the Court on Abdulkadir Sharif Mohamed Abdi's Verified Petition for Writ of Habeas Corpus (Filing No. 1) and Motion for an Order to Show Cause. (Filing No. 2). Abdi seeks immediate release from the Lincoln County Detention Center in North Platte, Nebraska where he is being held by U.S. Immigrations and Customs Enforcement along with other injunctive relief. (Filing No. 1). He alleges, in brief, that his detention and threatened removal to a "third country" is unlawful on constitutional and statutory grounds. (Filing No. 1).

"A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted . . ." 28 U.S.C. § 2243. "The writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." *Id.* "The person to whom the writ or order is directed shall make a return certifying the true cause of the detention." *Id.* "When the writ or order is returned a day shall be set for hearing, not more than five days after the return unless for good cause additional time is allowed." *Id.*

The Court finds it necessary to hear from Respondents before making any determination as to whether Abdi is entitled to any relief. Accordingly, it orders Abdi to serve his petition and a copy of this Order on Respondents forthwith and file proof of service with the Court. Thereafter, Respondents shall show cause why Abdi's writ should not be granted, Abdi may reply, and the Court will hold a hearing on the matter. The Court finds the need to serve Respondents and the complexity of the legal issues constitute good cause for the briefing schedule to the extent it allows a response outside the three day return on show cause order provided in 28 U.S.C. § 2243.

Furthermore, the Court finds cause to preserve the status quo and the Court's jurisdiction by ordering that Abdi may not be removed from the United States or the District of Nebraska until further order of this Court. See 28 U.S.C. § 1651; *A.A.R.P. v. Trump*, 145 S. Ct. 1364, 1368 (2025) ("grant[ing] temporary injunctive relief" against removal "to preserve our jurisdiction" while adjudicating the merits). Accordingly,

**IT IS ORDERED:**

1. Petitioner's Motion for an Order to Show Cause (Filing No. 2) is granted.
2. Petitioner shall serve his Petition for Writ of Habeas Corpus (Filing No. 1) and a copy of this Order on Respondents and file proof of such service with the Court.
3. Respondents shall, within three business days of being served, make a return certifying the true cause of Petitioner's detention and showing cause why the Petition for Writ of Habeas Corpus should not be granted.
4. Petitioner shall have three business days from the date of Respondents' return to file a reply.
5. The Court will thereafter set a prompt hearing on this matter.

6. Respondents shall not remove Petitioner from the United States or the District of Nebraska until further order of the Court.

Dated this 10th day of December, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge