IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABDULKADIR SHARIF MOHAMED ABDI,

Petitioner,

vs.

DONALD J. TRUMP, in his official capacity as President of the United States; KRISTI NOEM, in her capacity as Secretary of the United States Department of Homeland Security; MARCO RUBIO, in his capacity as Secretary of State of the United States; TODD M. LYONS, in his official capacity as Acting Director of the United States Immigration and Customs Enforcement; PAMELA BONDI, in their official capacity as Attorney General of the United States; DAVID EASTERWOOD, in his official capacity as Acting Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; and JEROME KRAMER, in his official capacity as Sheriff of Lincoln County, Nebraska, Official of Lincoln County Detention Center;

Respondents.

**4:25CV3251**

**JUDGMENT**

Pursuant to the Memorandum and Order entered on today's date, judgment is entered in favor of the Petitioner.

Dated this 27th day of February, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge